AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

|  |  |
|---|---|
| ISABELLE FECCIA <br> _____ <br> *Plaintiff(s)* <br> v. <br><br><br> BAKER BARRIOS ARCHITECTS, INC., <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.    6:24-cv-00434 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**BAKER BARRIOS ARCHITECTS, INC.**
**\*\*REGISTERED AGENT\*\***
**REGISTERED AGENTS INC**
**7901 4TH ST N., STE 300**
**ST PETERSBURG, FL 33702**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**DERERK SMITH LAW GROUP, PLLC**
**C/O KYLE T. MACDONALD, ESQ.**
**520 BRICKELL KEY DRIVE, SUITE O-301**
**MIAMI, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                              *Signature of Clerk or Deputy Clerk*