AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

|  |  |  |
|---|---|---|
| ISABELLE FECCIA <br> *Plaintiff(s)* <br> v. <br> BAKER BARRIOS ARCHITECTS, INC., <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  6:24-cv-00434-PGB-DCI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **BAKER BARRIOS ARCHITECTS, INC.**
> **\*\*REGISTERED AGENT\*\***
> **REGISTERED AGENTS INC**
> **7901 4TH ST N., STE 300**
> **ST PETERSBURG, FL 33702**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **DERERK SMITH LAW GROUP, PLLC**
> **C/O KYLE T. MACDONALD, ESQ.**
> **520 BRICKELL KEY DRIVE, SUITE O-301**
> **MIAMI, FL 33131**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*HollyIovino*

Date: **Mar 01, 2024**

*Signature of Clerk or Deputy Clerk*