# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ISABELLE FECCIA,

      Plaintiff,               CASE NO.: 6:24-cv-434-PGB-DCI

v.

BAKER BARRIOS ARCHITECTS, INC.,

      Defendant.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Plaintiff, ISABELLE FECCIA ("Plaintiff" and/or "Ms. Feccia"), by and through her undersigned counsel and pursuant to Local Rule 2.02(a), hereby designates Kyle T. MacDonald, Esq., of Derek Smith Law Group, PLLC, as lead counsel in the above-captioned matter.

Dated: Miami, Florida  
          March 7, 2024,

**DEREK SMITH LAW GROUP, PLLC**  
*Counsel for Plaintiff*

/s/ Kyle T. MacDonald  
Kyle T. MacDonald, Esq.  
Florida Bar No.: 1038749  
Derek Smith Law Group, PLLC  
520 Brickell Key Dr, Suite O-301  
Miami, FL 33131  
Tel: (305) 946-1884  
Kyle@dereksmithlaw.com

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 7, 2024, on all counsel of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                          By: */s/ Kyle T. MacDonald*
                                                               Kyle T. MacDonald, Esq.