UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISABELLE FECCIA,

      Plaintiff,                      CASE NO.: 6:24-cv-434-PGB-DCI

v.

BAKER BARRIOS ARCHITECTS, INC.,

      Defendant.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff, ISABELLE FECCIA, ("Plaintiff" and/or "Ms. Feccia"), by and through her undersigned counsel, hereby submits the following complete list of interested persons and corporations in this action, as required by Local Rule 3.03:

1. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a. **Isabelle Feccia,** *Plaintiff*
       **c/o Derek Smith Law Group, PLLC**
       **520 Brickell Key Dr, Suite O-301**
       **Miami, FL 33131**

1

    b. **Baker Barrios Architects, Inc.,** *Defendant*
       c/o Jackson Lewis P.C.
       390 N. Orange Avenue, Suite 1285
       Orlando, FL 32801

    c. **Kyle T. MacDonald, Esq.,** *Counsel for Plaintiff*
       c/o Derek Smith Law Group, PLLC
       520 Brickell Key Dr, Suite O-301
       Miami, FL 33131

    d. **Derek Smith Law Group, PLLC,** *Counsel for Plaintiff*
       520 Brickell Key Dr, Suite O-301
       Miami, FL 33131

    e. **Tasos C. Paindiris, Esq.,** *Counsel for Defendant*
       c/o Jackson Lewis P.C.
       390 N. Orange Avenue, Suite 1285
       Orlando, FL 32801

    f. **Jackson Lewis P.C.,** *Counsel for Defendant*
       390 N. Orange Avenue, Suite 1285
       Orlando, FL 32801

2. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    **None.**

3. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    **None.**

4. Identify each person arguably eligible for restitution:

    **Isabelle Feccia,** *Plaintiff*

X I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: Miami, Florida
    March 13, 2024,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiff*

/s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 13, 2024, on all counsel of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

>By: */s/ Kyle T. MacDonald*
>Kyle T. MacDonald, Esq.