# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 6:24-CV-00434-PGB-DCI

Plaintiff:
**ISABELLE FECCIA**

vs.

Defendant:
**BAKER BARRIOS ARCHITECTS, INC.**

For:
Kyle MacDonald, Esq
F Derek Smith Law Group, Pllc

Received by DLE Process Servers, Inc on the 14th day of March, 2024 at 1:54 pm to be served on **Baker Barrios Architects, Inc. c/o Registered Agents Inc., 7901 4th St. N., Ste. 300, St. Petersburg, FL 33702**.

I, Michele Carpintier, do hereby affirm that on the **15th day of March, 2024** at **11:16 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Complaint and Demand For Jury Trial, Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Chloe Lowe** as **Admin Asst** for **Baker Barrios Architects, Inc.**, at the address of: **7901 4th St. N., Ste. 300, St. Petersburg, FL 33702**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

_Michele Carpintier_ (signature)
**Michele Carpintier**
APS 26478

**DLE Process Servers, Inc**
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2024017515