UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISABELLE FECCIA,

    Plaintiff,

v.                                                        Case No: 6:24-cv-434-JSS-DCI

BAKER BARRIOS ARCHITECTS,
INC.,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

    Upon review, Defendant Baker Barrios Architects, Inc. has failed to comply with the Court's Order of March 1, 2024 directing counsel to file a Disclosure Statement within fourteen (14) days of an appearance in the case.

    Therefore, it is **ORDERED** that Baker Barrios Architects, Inc. shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order. Failure to comply with this Order may result in the imposition of appropriate sanctions without further notice.

    **ORDERED** in Orlando, Florida on April 24, 2024.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties