**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ISABELLE FECCIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 6:24-cv-00434-JSS-DCI |
| BAKER BARRIOS ARCHITECTS, INC., | ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANT, BAKER BARRIOS ARCHITECTS, INC.'S,**
**DISCLOSURE STATEMENT PURSUANT TO FEDERAL**
**RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, BAKER BARRIOS ARCHITECTS, INC., makes the following disclosure(s):

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    No such corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.]

    Not applicable.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Baker Barrios Architects, Inc. – Defendant

Justin W. McConnell, Esq. – Counsel for Defendant

Mackenzie N. Allan, Esq. – Counsel for Defendant

Jackson Lewis P.C. – Counsel for Defendant

Isabelle Feccia – Plaintiff

Kyle MacDonald, Esq. – Counsel for Plaintiff

Derek Smith Law Group, PLLC – Counsel for Plaintiff

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

None.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

6. Identify each person arguably eligible for restitution:

In response to this Disclosure No. 6, Defendant incorporates by reference herein its response to Disclosure No. 3. Defendant knows of no other person, other than those listed in Disclosure No. 3, arguably eligible for restitution.

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

DATED this 26th day of April, 2024.

        Respectfully submitted,

        JACKSON LEWIS P.C.
        390 North Orange Avenue, Suite 1285
        Orlando, Florida 32801
        Telephone:  (407) 246-8440
        Facsimile:   (407) 246-8441


By:   */s/ Justin W. McConnell*
       Justin W. McConnell
       Florida Bar No. 112631
       justin.mcconnell@jacksonlewis.com

       Mackenzie N. Allan
       Florida Bar No. 1031199
       mackenzie.allan@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of April, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:  Kyle T. MacDonald, Esq., Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, FL 33131.


       */s/ Justin W. McConnell*
       Justin W. McConnell

4874-0843-6405, v. 3