UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ISABELLE FECCIA, | ) )  ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 6:24-cv-00434-JSS-DCI ) |
| BAKER BARRIOS ARCHITECTS, INC., | ) ) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**

Defendant, BAKER BARRIOS ARCHITECTS, INC. ("Defendant"), by and through undersigned counsel, hereby files its Response to this Court's Order to Show Cause dated April 24, 2024 [D.E. 15].

1. On April 2, 2024, Defendant filed its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint [D.E. 12]. This was Defendant's first appearance in this action.

2. Through unintentional oversight and inadvertence, undersigned counsel failed to correctly account that the filing of such Motion constituted Defendant's first appearance in this action, such that Defendant's deadline to file its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, Local Rule 3.03, and this Court's initial Order dated March 1, 2024 [D.E. 3] was April 16, 2024.

Instead, undersigned counsel mistakenly believed such deadline ran from the date of its deadline – April 26, 2024 – to submit a response to Plaintiff's Complaint pursuant to the Endorsed Order entered on April 3, 2024 [D.E. 13], not attributing Defendant's prior Motion to its initial appearance.

3. On April 24, 2024, this Court entered its Order to Show Cause ordering Defendant to explain why it failed to comply with the appropriate deadline.

4. Upon the entry of the Order to Show Cause and becoming aware of the lapsed deadline, undesigned counsel expeditiously filed its Corporate Disclosure Statement just two days later, on April 26, 2024 [D.E. 18], contemporaneous with the filing of its Answer and Defenses to Counts V and VI of the Complaint [D.E. 16] and Motion to Dismiss Counts I-IV of the Complaint.

5. The inadvertence and oversight in failing to file the Corporate Disclosure Statement by the correct deadline of April 16, 2024, is solely attributable to undersigned counsel and in no way the fault of Defendant. The failure to timely file the Corporate Disclosure was not intentional, but a product of oversight and inadvertence, and undersigned counsel apologizes for not filing it timely and respectfully requests that the Court not impose sanctions.

**WHEREFORE**, Defendant respectfully requests that this Court issue an order discharging the Order to Show Cause entered on April 24, 2024 [D.E. 15].

Dated this 2nd day of May, 2024.

                                Respectfully submitted,

                                JACKSON LEWIS P.C.
                                390 North Orange Avenue, Suite 1285
                                Orlando, Florida 32801
                                Telephone:  (407) 246-8440
                                Facsimile:   (407) 246-8441

                                By:   */s/ Justin W. McConnell*
                                        Justin W. McConnell
                                        Florida Bar No. 112631
                                        justin.mcconnell@jacksonlewis.com

                                        Mackenzie N. Allan
                                        Florida Bar No. 1031199
                                        mackenzie.allan@jacksonlewis.com

                                Attorneys for Defendant


## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 2nd day of May, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Kyle T. MacDonald, Esq., Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, FL 33131.

                                        */s/ Justin W. McConnell*
                                        Justin W. McConnell

4871-1731-8073, v. 2