# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| ISABELLE FECCIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 6:24-cv-00434-JSS-DCI |
| BAKER BARRIOS ARCHITECTS, INC., | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

Mackenzie N. Allan, Florida Bar No. 1031199, of the law firm of Jackson Lewis P.C. hereby files this, her Notice of Appearance as co-counsel for the Defendant, Baker Barrios Architects, Inc. in the above-referenced matter and requests that all future pleadings, briefs, notices, Orders, or documents of whatever kind be served upon her and lead counsel at the below listed address.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 18th day of June, 2024.

|  | Respectfully submitted,<br><br>JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:  (407) 246-8440<br>Facsimile:    (407) 246-8441<br><br>By:    */s/ Mackenzie N. Allan*<br>         Justin W. McConnell<br>         Florida Bar No. 112631<br>         justin.mcconnell@jacksonlewis.com<br><br>         Mackenzie N. Allan<br>         Florida Bar No. 1031199<br>         mackenzie.allan@jacksonlewis.com<br><br>Attorneys for Defendant |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of June, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:  Kyle T. MacDonald, Esq., Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, FL 33131.

         */s/ Mackenzie N. Allan*
         Mackenzie N. Allan

4856-3093-4984, v. 1