UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ISABELLE FECCIA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CASE NO. 6:24-cv-00434-JSS-DCI ) |
| BAKER BARRIOS ARCHITECTS, INC., | ) ) ) ) |
| Defendant. | ) ) ) |

**JOINT NOTICE OF MEDIATION**

Plaintiff, ISABELLE FECCIA, and Defendant, BAKER BARRIOS ARCHITECTS, INC., pursuant to the Court's Case Management and Scheduling Order dated May 21, 2024 (Doc. 23), hereby notify the Court that in-person mediation has been scheduled with Carlos Burruezo, Esquire, on March 11, 2025, at 10:00 a.m. to be held at Jackson Lewis P.C., 390 North Orange Avenue, Suite 1285, Orlando, Florida 32801.

DATED this 20th day of June, 2024.

Respectfully submitted,

| | |
|---|---|
| DEREK SMITH LAW GROUP, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, Florida 33131<br>Telephone:  (800) 807-2209 | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:  (407) 246-8440<br>Facsimile:   (407) 246-8441 |

By:   */s/ Kyle MacDonald*       By:   */s/ Mackenzie Allan*
      Kyle T. MacDonald                    Justin W. McConnell
      Florida Bar #: 1038749              Florida Bar No. 112631
      kyle@dereksmithlaw.com         justin.mcconnell@jacksonlewis.com

Attorney for Plaintiff

                                          Mackenzie N. Allan
                                          Florida Bar No. 1031199
                                          mackenzie.allan@jacksonlewis.com

                                          Attorneys for Defendant

4870-6629-9337, v. 1