UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISABELLE FECCIA,

      Plaintiff,                CASE NO.: 6:24-cv-00434-JSS-DCI

    v.

BAKER BARRIOS ARCHITECTS, INC.,

      Defendant.
_____/

## JOINT MOTION TO CONDUCT HEARING TELEPHONICALLY OR VIA ZOOM AND TO RESCHEDULE HEARING DATE

    Plaintiff, ISABELLE FECCIA, and Defendant, BAKER BARRIOS ARCHITECTS, INC., by and through their undersigned counsel, hereby jointly move the Court for the entry of an Order allowing the hearing currently scheduled for October 1, 2024, at 11:00 AM, to be conducted telephonically or via Zoom, and to reschedule the hearing to October 3, 2024; October 7, 2024; or October 10, 2024. As grounds for this motion, the parties state as follows:

    1.    On September 24, 2024, the Court set an in-person hearing for October 1, 2024, on Plaintiff's Motion to Compel Better Interrogatory Responses [D.E. 30], and Plaintiff's Motion for Protective Order [D.E. 29].

    2.    Plaintiff's counsel is located in Miami, Florida, which is approximately 230 miles from the hearing location. Plaintiff's counsel has other professional obligations within the same week as the scheduled hearing

1

date that would make traveling to Orlando for the hearing challenging at this time. Conducting the hearing via Zoom or telephonically would eliminate unnecessary travel and ensure that both parties can effectively present their arguments.

3. A telephonic or Zoom hearing would promote judicial economy and conserve both the Court's and the parties' resources while still allowing for full and effective arguments on the motions.

4. Due to a scheduling conflict on October 1, 2024, for Defendant's counsel, the parties jointly request that the hearing be rescheduled.

5. The parties have conferred, and both are available on October 3, 2024; October 7, 2024; and October 10, 2024.

6. Rescheduling the hearing and conducting it telephonically or via Zoom will not prejudice either party and will still allow for efficient and fair resolution of the pending motions, which is consistent with the principles of just, speedy, and inexpensive determination of every proceeding under the Federal Rules. FED. R. CIV. P. 1.

## **MEMORANDUM OF LAW**

Federal Courts permit parties to engage in telephonic hearings and conferences when a party experiences hardship. *See Dunn-Fischer v. District School Bd. Of Collier County*, 2010 U.S. Dist. LEXIS 98253, 2010 WL 3522215 *1 (M.D. Fla. Sept. 7, 2010) ("The use of telephonic hearings and conferences

are encouraged by the Court where they are feasible."); *Arthrex Inc. v. Parcus Medical, LLC*, 2012 U.S. Dist. LEXIS 36298, *1 (M.D. Fla. Mar. 20, 2012) (same).

In this case, there are two compelling reasons to conduct the hearing remotely and reschedule it. First, Plaintiff's counsel would experience undue hardship if required to travel to the hearing for in-person attendance due to the press of other professional obligations. Conducting the hearing via Zoom or telephonically would eliminate unnecessary travel expenses and time while ensuring that both parties can efficiently present their arguments without prejudice.

Second, Defendant's counsel has a scheduling conflict on the current hearing date of October 1, 2024. Rescheduling the hearing to October 3, 2024; October 7, 2024; or October 10, 2024, and allowing the parties to attend remotely would resolve this conflict without delaying the case unnecessarily and would still allow the parties to proceed in a manner that is both practical and cost-effective.

For these reasons, the parties jointly submit that good cause exists to conduct the hearing via Zoom or telephonically, and to reschedule the hearing date to October 3, 2024; October 7, 2024; or October 10, 2024; or another date agreeable to the Court.

**WHEREFORE**, the parties respectfully request that the Court grant this joint motion, rescheduling the hearing to October 3, 2024; October 7, 2024; or October 10, 2024; or another date convenient for the Court, and allowing the hearing to proceed telephonically or via Zoom.

Respectfully submitted, this 25th day of September, 2024.

| | |
|---|---|
| DEREK SMITH LAW GROUP, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Telephone: (305) 946-1884 | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone: (407) 246-8440<br>Facsimile: (407) 246-8441 |
| By:   */s/ Kyle T. MacDonald*<br>       Kyle T. MacDonald<br>       Florida Bar No. 1038749<br><br>       kyle@dereksmithlaw.com<br><br>Counsel for Plaintiff,<br>ISABELLE FECCIA | By: /s/ *Justin W. McConnell*<br>      Justin W. McConnell<br>      Florida Bar No. 112631<br>      justin.mcconnell@jacksonlewis.com<br><br>      Mackenzie N. Allan<br>      Florida Bar No. 1031199<br>      mackenzie.allan@jacksonlewis.com<br><br>Counsel for Defendant,<br>BAKER BARRIOS ARCHITECTS, INC. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on September 25, 2024, on all counsel of record on the service list below via CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**JACKSON LEWIS P.C.**

Justin W. McConnell
Florida Bar No. 112631
justin.mcconnell@jacksonlewis.com
Mackenzie N. Allan
Florida Bar No. 1031199
mackenzie.allan@jacksonlewis.com
JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

Attorneys for Defendant