**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| ISABELLE FECCIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. 6:24-cv-00434-JSS-DCI |
| BAKER BARRIOS ARCHITECTS, INC., | ) ) ) ) |
| Defendant. | ) ) ) |

## JOINT NOTICE OF COMPLIANCE

Defendant, BAKER BARRIOS ARCHITECTS, INC. and Plaintiff, ISABELLE FECCIA, by and through the undersigned counsel, hereby file their Joint Notice of Compliance with the Court's requirement of ongoing conferral regarding Plaintiff's discovery motions and state as follows:

1. The Court entered Orders on September 24, 2024 [Doc. 33], September 25, 2024 [Doc. 36], and October 7, 2023 [Doc. 37] requiring the Parties to file a joint notice three days before the hearing certifying ongoing conferral and stating which issues, if any, have been resolved.

2. Pursuant to the Court's Orders, the Parties promptly met and conferred telephonically on September 26, 2024 for approximately one hour. No resolution regarding any issue was reached.

3. Pursuant to the Court's Orders, the Parties exchanged conferral emails on September 26, 2024; October 4, 2024; and October 10, 2024. No resolution regarding any issue was reached.

DATED this 11th day of October, 2024.

| | Respectfully submitted, |
|---|---|
| DEREK SMITH LAW GROUP, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, Florida  33131<br>Telephone: (786) 568-8120<br><br>By:  */s/ Kyle T. McDonald*<br>    Kyle T. McDonald<br>    Florida Bar No. 1038749<br>    kyle@dereksmithlaw.com<br><br>Attorney for Plaintiff | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone:  (407) 246-8440<br><br>By:  */s/ Justin W. McConnell*<br>    Justin W. McConnell<br>    Florida Bar No. 112631<br>    justin.mcconnell@jacksonlewis.com<br><br>    Mackenzie N. Allan<br>    Florida Bar No. 1031199<br>    mackenzie.allan@jacksonlewis.com<br><br>Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of October, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:  Kyle T. MacDonald, Esq., Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, FL 33131.

*/s/ Justin W. McConnell*
Attorney

4862-3160-3949, v. 2