**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**ISABELLE FECCIA,**

    **Plaintiff,**

**v.**                                                          **Case No. 6:24-cv-434-JSS-DCI**

**BAKER BARRIOS ARCHITECTS, INC.,**

    **Defendant.**

| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | 5C |
|---|---|---|---|
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | Kyle McDonald |
| **AUDIO RECORDING:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **COUNSEL FOR DEFENDANT:** | Justin McConnell<br>Mackenzie Allan |
| **DATE/TIME:** | October 16, 2024<br>10:35 A.M. – 11:15 A.M. | | |
| **TOTAL TIME:** | 40 minutes | | |

**CLERK'S MINUTES**
**Motion Hearing (doc. 29, 30)**

Case called; appearances taken; procedural setting by the Court.
Motion for Protective Order (doc. 29) addressed.
Motion to Compel (doc. 30) addressed.
Order to enter.
Court adjourned.