UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISABELLE FECCIA,

      Plaintiff,

v.         Case No: 6:24-cv-434-JSS-DCI

BAKER BARRIOS ARCHITECTS, INC.,

      Defendant.
_____

## ORDER

This cause comes before the Court for consideration following oral argument on the following motions:

| | |
|---|---|
| **MOTION:** | **Plaintiff's Motion for Protective Order (Doc. 29)** |
| **FILED:** | September 17, 2024 |
| **MOTION:** | **Plaintiff's Motion to Compel Better Interrogatory Responses (Doc. 30)** |
| **FILED:** | September 17, 2024 |

**THEREON** it is **ORDERED** that the motions are **GRANTED in part and DENIED in part**.

On September 17, 2024 Plaintiff filed a Motion for Protective Order seeking to prevent Defendant from serving a third-party subpoena to Plaintiff's current employer. Doc. 29. Contemporaneously, Plaintiff filed a Motion to Compel Better Interrogatory Responses seeking better responses to Plaintiff's Interrogatories Numbers 13 and 17. Doc. 30. On September 23, 2024 Defendant filed a response in opposition to the Motion for Protective Order. Doc. 31.

Contemporaneously, Defendant filed a response in opposition to the Motion to Compel Better Interrogatory Responses. Doc. 32. On October 16, 2024, the Court held a hearing on both Motions. For the reasons stated on the record at the hearing, the Motions (Docs. 29, 30) are **GRANTED in part** and **DENIED in part** to the extent that:

1. The Motion for Protective Order (Doc. 29) is **GRANTED in part**, such that items 2 and 4-7 of the proposed subpoena are **STRICKEN**, and **DENIED in part**, such that items 1, 3, and 8-12 of the proposed subpoena are permitted to move forward as written; and

2. The Motion to Compel Better Interrogatory Responses (Doc. 30) is **GRANTED in part**, such that Defendant shall identify the interior designers specializing in healthcare and the associate interior designers as noted in Defendant's initial response to Interrogatory Number 17, and **DENIED in part** as to Plaintiff's request for a better response to Interrogatory Number 13.

**ORDERED** in Orlando, Florida on October 18, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties