# EXHIBIT "E"

| | |
|---|---|
| **From:** | Kyle MacDonald <kyle@dereksmithlaw.com> |
| **Sent:** | Friday, November 15, 2024 4:20 PM |
| **To:** | Allan, Mackenzie N. (Orlando); McConnell, Justin W. (Orlando) |
| **Cc:** | Sallee, Rebecca (Orlando); David Rodriguez; Cassie Cisneros |
| **Subject:** | Re: Feccia v. BBA – Plaintiff's Deposition |

 External email

Hi Mackenzie,

To clarify, I believe the defense depositions you referenced are currently scheduled for December 9th, not the 19th. Please let me know whether this affects the proposed dates for Ms. Feccia's deposition or if you still prefer to schedule it for the weeks of December 2nd and 9th. Once you confirm, I will speak with my client to determine her availability.

Regarding Ms. Feccia's independent medical examination, while we are open to scheduling it, we cannot agree to proceed with the examination before we have had the opportunity to conduct our requested depositions. Once the deposition dates are finalized, our office can contact Ms. Adams to schedule the examination.

Additionally, I am in receipt of your email regarding the discovery conferral. I am still in the process of discussing the issues you raised with my client and will need some additional time to confirm what additional information she can provide. Thank you for your understanding.

**Kyle T. MacDonald, Esq.**
*Admitted in FL, MN



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301  |  Miami, Florida 33131
Toll Free: (800) 807-2209  |  Direct: (786) 568-8120
Email: kyle@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
**New York**  |  **New Jersey**  |  **Philadelphia**  |  **Miami**  |  **Los Angeles**  |  **San Francisco**  |  **San Diego**

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

**From:** Allan, Mackenzie N. (Orlando) <Mackenzie.Allan@jacksonlewis.com>
**Date:** Thursday, November 14, 2024 at 11:13 AM
**To:** Kyle MacDonald <kyle@dereksmithlaw.com>, McConnell, Justin W. (Orlando) <Justin.McConnell@jacksonlewis.com>
**Cc:** Sallee, Rebecca (Orlando) <Rebecca.Sallee@jacksonlewis.com>, David Rodriguez