# EXHIBIT "B"

| Request No. | Objections | | | Document Production | | | |
|---|---|---|---|---|---|---|---|
| | Boilerplate | Attorney-client/work product privilege | No answer | Identifies specific documents | States no responsive documents | States no documents "other than provided herein" | States "no non-privileged documents" |
| 1 | X | | | X | | | |
| 2 | X | | | | X | | |
| 3 | X | X | X | | | | |
| 4 | X | | | | X | | |
| 6 | X | | X | | | | |
| 7 | | | | | | X | |
| 8 | X | | | X | | | |
| 13 | | | | | | X | |
| 14 | X | | | X | | | |
| 15 | X | | X | | | | |
| 16 | X | | X | | | | |
| 17 | | | | | | X | |
| 19 | X | | | X | | | |
| 20 | X | | | X | | | |
| 21 | X | | | X | | | |
| 22 | | | | | | X | |
| 23 | | | | | | X | |
| 26 | X | | | | | X | |
| 27 | X | X | | | | | X |
| 28 | X | X | X | | | | |
| 29 | X | | | | | X | X |
| 30 | X | | | | | X | X |
| 31 | X | | | X | | | |
| 32 | X | | | X | | | |
| 33 | X | | | X | | | |
| 34 | X | | | X | | | |
| 35 | X | | | | | X | X |
| 36 | X | | | X | | | |
| 37 | X | | | | | X | X |
| 38 | X | | | | | X | X |
| 39 | X | | | | | X | X |
| 40 | X | | | | | X | X |
| 41 | X | | | | | X | X |
| 42 | X | | | | | X | X |
| 43 | X | | | | | X | X |
| 44 | X | | | | | X | X |
| 45 | X | | | | | X | X |
| 46 | X | | | | | X | X |
| 47 | X | | | X | | | |
| 48 | X | | | | | X | X |
| 49 | X | | | | | X | X |
| 50 | X | | | X | | | |
| 52 | X | | | X | | | |
| 53 | X | | | | | X | X |
| 54 | X | | | | | X | X |
| 55 | X | | | | | X | X |
| 56 | X | | | | | X | X |
| 57 | X | | | | | X | X |
| 58 | X | | | | | X | X |
| 59 | X | | | | | X | X |
| 60 | X | | | | | X | X |
| 61 | X | | | | | X | X |
| 62 | X | | | | | X | X |
| 63 | X | | | | | X | X |
| 64 | X | | | | | X | |
| 65 | | | | | | X | |