# EXHIBIT "E"

| | |
|---|---|
| **From:** | Kyle MacDonald <kyle@dereksmithlaw.com> |
| **Sent:** | Monday, October 28, 2024 1:37 PM |
| **To:** | McConnell, Justin W. (Orlando); Allan, Mackenzie N. (Orlando) |
| **Cc:** | Sallee, Rebecca (Orlando); David Rodriguez; Cassie Cisneros |
| **Subject:** | Re: Feccia v. BBA - Plaintiff's Deposition |

 External email

Hi Justin and Mackenzie,

I hope you both had a good weekend. I spoke with my client, and she is not available during the week of November 4–8. I will be out of the country starting today and unavailable this week. However, if you send over available dates for the deposition, my office can likely coordinate Ms. Feccia's availability in the meantime.

I am also in receipt of your email regarding the conferral and will review it when I return on November 5th. Thank you for your understanding.

**Kyle T. MacDonald, Esq.**
*Admitted in FL, MN



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301  |  Miami, Florida 33131
Toll Free: (800) 807-2209  |  Direct: (786) 568-8120
Email: kyle@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com

**New York**  |  **New Jersey**  |  **Philadelphia**  |  **Miami**  |  **Los Angeles**  |  **San Francisco**  |  **San Diego**

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

**From:** Kyle MacDonald <kyle@dereksmithlaw.com>
**Date:** Monday, October 21, 2024 at 5:11 PM
**To:** McConnell, Justin W. (Orlando) <Justin.McConnell@jacksonlewis.com>, Allan, Mackenzie N. (Orlando) <Mackenzie.Allan@jacksonlewis.com>
**Cc:** Sallee, Rebecca (Orlando) <Rebecca.Sallee@jacksonlewis.com>, David Rodriguez <David@dereksmithlaw.com>, Cassie Cisneros <cassie@dereksmithlaw.com>
**Subject:** Re: Feccia v. BBA - Plaintiff's Deposition

Hi Justin,

I hope you enjoyed your weekend as well. I look forward to speaking with you on Wednesday.

1

On a separate note, my client recently informed me that she has a conflict on the date of her upcoming deposition that she had not recognized previously.

To avoid any unnecessary delays, please let me know if you and Mackenzie have any other available dates within the same time frame. I will coordinate with my client to ensure her availability based on the options you provide.

Thank you for your understanding.

**Kyle T. MacDonald, Esq.**
*Admitted in FL, MN



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301  |  Miami, Florida 33131
Toll Free: (800) 807-2209  |  Direct: (786) 568-8120
Email: kyle@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com

**New York**  |  **New Jersey**  |  **Philadelphia**  |  **Miami**  |  **Los Angeles**  |  **San Francisco**  |  **San Diego**

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

---

**From:** McConnell, Justin W. (Orlando) <Justin.McConnell@jacksonlewis.com>
**Date:** Monday, October 21, 2024 at 10:20 AM
**To:** Kyle MacDonald <kyle@dereksmithlaw.com>, Allan, Mackenzie N. (Orlando) <Mackenzie.Allan@jacksonlewis.com>
**Cc:** Sallee, Rebecca (Orlando) <Rebecca.Sallee@jacksonlewis.com>, David Rodriguez <David@dereksmithlaw.com>, Cassie Cisneros <cassie@dereksmithlaw.com>
**Subject:** RE: Feccia v. BBA - Plaintiff's Deposition

Hi Kyle,

Hope you had a nice weekend. Let's plan for Wednesday at 1:30pm. We'll circulate call instructions. Thanks!

Justin M.



### Justin W McConnell
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801

Direct: (407) 246-8429 | Main: (407) 246-8440
Justin.McConnell@jacksonlewis.com | www.jacksonlewis.com

**From:** Kyle MacDonald <kyle@dereksmithlaw.com>
**Sent:** Friday, October 18, 2024 6:49 PM
**To:** Allan, Mackenzie N. (Orlando) <Mackenzie.Allan@jacksonlewis.com>
**Cc:** McConnell, Justin W. (Orlando) <Justin.McConnell@jacksonlewis.com>; Sallee, Rebecca (Orlando) <Rebecca.Sallee@jacksonlewis.com>; David Rodriguez <David@dereksmithlaw.com>; Cassie Cisneros <cassie@dereksmithlaw.com>
**Subject:** Re: Feccia v. BBA - Plaintiff's Deposition

Good evening Mackenzie,

Apologies for the delay in getting back to you. I am available for a call on Wednesday from 12:00pm to 3:00pm.

Please let me know if that works for you. Have a great weekend.

**Kyle T. MacDonald, Esq.**
*Admitted in FL, MN



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301  |  Miami, Florida 33131
Toll Free: (800) 807-2209  |  Direct: (786) 568-8120
Email: kyle@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
**New York**  |  **New Jersey**  |  **Philadelphia**  |  **Miami**  |  **Los Angeles**  |  **San Francisco**  |  **San Diego**

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

**From:** Allan, Mackenzie N. (Orlando) <Mackenzie.Allan@jacksonlewis.com>
**Date:** Friday, October 18, 2024 at 8:51 AM
**To:** Kyle MacDonald <kyle@dereksmithlaw.com>
**Cc:** McConnell, Justin W. (Orlando) <Justin.McConnell@jacksonlewis.com>, Sallee, Rebecca (Orlando) <Rebecca.Sallee@jacksonlewis.com>, David Rodriguez <David@dereksmithlaw.com>, Cassie Cisneros <cassie@dereksmithlaw.com>
**Subject:** Re: Feccia v. BBA - Plaintiff's Deposition

Good morning Kyle,

Happy Friday!

Following up on your availability to confer on Wednesday afternoon.

Thanks!
Kenzie



**Mackenzie N. Allan**

Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8454 | Main: (407) 246-8440
Mackenzie.Allan@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Allan, Mackenzie N. (Orlando) <Mackenzie.Allan@jacksonlewis.com>
**Sent:** Thursday, October 17, 2024 1:34:09 PM
**To:** Kyle MacDonald <kyle@dereksmithlaw.com>
**Cc:** McConnell, Justin W. (Orlando) <Justin.McConnell@jacksonlewis.com>; Sallee, Rebecca (Orlando) <Rebecca.Sallee@jacksonlewis.com>; David Rodriguez <David@dereksmithlaw.com>; Cassie Cisneros <cassie@dereksmithlaw.com>
**Subject:** RE: Feccia v. BBA - Plaintiff's Deposition

Hi Kyle,

We are available on Wednesday afternoon to meet and confer. Please let us know your availability for that afternoon.

Thank you,
Kenzie



**Mackenzie N. Allan**

Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8454 | Main: (407) 246-8440
Mackenzie.Allan@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Kyle MacDonald <kyle@dereksmithlaw.com>
**Sent:** Friday, October 11, 2024 3:59 PM
**To:** Allan, Mackenzie N. (Orlando) <Mackenzie.Allan@jacksonlewis.com>
**Cc:** McConnell, Justin W. (Orlando) <Justin.McConnell@jacksonlewis.com>; Sallee, Rebecca (Orlando) <Rebecca.Sallee@jacksonlewis.com>; David Rodriguez <David@dereksmithlaw.com>; Cassie Cisneros <cassie@dereksmithlaw.com>
**Subject:** Re: Feccia v. BBA - Plaintiff's Deposition

Hi Mackenzie,

Given that you emailed me on Tuesday and there was a major hurricane, it is unreasonable to threaten the unilateral setting of Plaintiff's deposition. However, I was able to speak with my client and she confirmed that she is available on Tuesday, November 5th, for the deposition.

For the conferral on Plaintiff's discovery responses, please provide some available dates/times for us to schedule a call to discuss following the upcoming hearing.

Additionally, we are still waiting for Defendant's amended RFP responses clarifying whether responsive documents have been produced/withheld, as previously agreed. I understand some of these documents may have been withheld while I reviewed the confidentiality agreement.

To that end, I reviewed the agreement, and as an initial matter, its terms would need to be revised to apply mutually to both parties. It also cannot include provisions limiting our ability to use documents in depositions or my ability to share documents with my client (although I can agree not to give her copies of confidential documents). I am generally agreeable to the limitations on public filing and use at hearings, as I understand the concerns.

Before I proceed with making the revisions to the agreement, I wanted to ensure you would be open to the proposed edits, pending a review of the language. Please let me know your thoughts and how you would like to proceed.

Please also confirm that there are documents being withheld on the basis of the agreement, and if so, the specific nature/categories of the documents being withheld (internal financial records, sensitive medical information, etc.).

**Kyle T. MacDonald, Esq.**
*Admitted in FL, MN



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301  |  Miami, Florida 33131
Toll Free: (800) 807-2209  |  Direct: (786) 568-8120
Email: kyle@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
**New York  |  New Jersey  |  Philadelphia  |  Miami  |  Los Angeles  |  San Francisco  |  San Diego**

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

---

**From:** Allan, Mackenzie N. (Orlando) <Mackenzie.Allan@jacksonlewis.com>
**Date:** Friday, October 11, 2024 at 11:20 AM
**To:** Kyle MacDonald <kyle@dereksmithlaw.com>
**Cc:** McConnell, Justin W. (Orlando) <Justin.McConnell@jacksonlewis.com>, Sallee, Rebecca (Orlando) <Rebecca.Sallee@jacksonlewis.com>
**Subject:** RE: Feccia v. BBA - Plaintiff's Deposition

Hi Kyle,

We have not heard back from you regarding your availability on Friday, November 8 or Tuesday, November 5 for Plaintiff's deposition. Please advise regarding your availability by 4pm today given the time-sensitive nature of this inquiry. If we don't hear back from you, we will serve an amended notice of deposition today.

Plaintiff also has not provided amended interrogatory answers pursuant to the deficiency letter which we sent on October 2, 2023, nor has Plaintiff responded to our request to meet and confer regarding our objections to Plaintiff's interrogatory answers (in the event a conferral is necessary). We have received no response from Plaintiff regarding her deficient interrogatory answers – amplifying the need to reschedule Plaintiff's deposition.

Thank you,
Kenzie



### Mackenzie N. Allan
Attorney at Law

**Jackson Lewis P.C.**
390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8454 | Main: (407) 246-8440
Mackenzie.Allan@jacksonlewis.com | www.jacksonlewis.com

**From:** Allan, Mackenzie N. (Orlando) <Mackenzie.Allan@jacksonlewis.com>
**Sent:** Tuesday, October 8, 2024 10:27 AM
**To:** kyle@dereksmithlaw.com
**Cc:** McConnell, Justin W. (Orlando) <Justin.McConnell@jacksonlewis.com>; Sallee, Rebecca (Orlando) <Rebecca.Sallee@jacksonlewis.com>
**Subject:** Feccia v. BBA - Plaintiff's Deposition

Hi Kyle,

In light of incoming Hurricane Milton, anticipated closures, and anticipated damage and other storm effects to Tampa, Orlando, and Miami, as well as numerous unresolved discovery issues (1. Plaintiff's Motion to Compel, 2. Plaintiff's Motion for Protective Order, 3. Defendant's deficiency letter to Plaintiff regarding Plaintiff's interrogatory answers, and 4. Defendant's forthcoming deficiency letter to Plaintiff regarding Plaintiff's document production and responses to Defendant's requests for production), we need to move Plaintiff's deposition.

Please advise whether you and Ms. Feccia have availability on Friday, November 8 or Tuesday, November 5. As a reminder, we are not agreeable to produce BBA employees for deposition prior to Plaintiff's deposition, so if we cannot agree on a date prior to November 13, we will need to move the BBA depos to later dates.

Thank you,
Kenzie



### Mackenzie N. Allan
Attorney at Law

**Jackson Lewis P.C.**

390 N. Orange Avenue.
Suite 1285
Orlando, FL 32801
Direct: (407) 246-8454 | Main: (407) 246-8440
Mackenzie.Allan@jacksonlewis.com | www.jacksonlewis.com