UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISABELLE FECCIA,

    Plaintiff,                                  Case No. 6:24-cv-00434-PGB-DCI

v.

BAKER BARRIOS ARCHITECTS,
INC.,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTIONS TO COMPEL

    Plaintiff, ISABELLE FECCIA, by and through her undersigned counsel, respectfully requests an extension of time to serve its response to Defendant's Motion to Compel Better Interrogatory Answers [D.E. 42] and Defendant's Motion to Compel Better Responses to Requests for Production [D.E. 43] (collectively the "Motions to Compel"), and in support states as follows:

    1.    On November 27, 2024, the Defendant, BAKER BARRIOS ARCHITECTS, INC., filed two motions to compel better answers and responses to discovery requests propounded on August 8, 2024. *See* Defendant's Motion to Compel Better Interrogatory Answers [D.E. 42] and Defendant's Motion to Compel Better Responses to Requests for Production [D.E. 43].

2. The deadline for the Plaintiff to respond is December 2, 2024.

3. The Motions to Compel were filed the day before Thanksgiving, which significantly reduced the time available to respond due to the holiday and pre-existing commitments.

4. Plaintiff respectfully requests a seven-day extension of time to respond to the Motions to Compel, making the new deadline December 9, 2024.

5. Due to the timing of the filing, coupled with holiday-related scheduling conflicts and office closures, Plaintiff seeks additional time to further evaluate the Defendant's arguments and prepare an adequate response.

6. Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to extend the deadline for good cause shown. FED. R. CIV. P. 6(b)(1)(A).

7. Plaintiff does not seek the requested extension for purposes of delay, but for the good cause shown.

8. Defendant will not be unduly prejudiced by the requested enlargement of time.

9. Plaintiff conferred with the Defendant before filing this motion. Defendant's counsel stated that Defendant does not oppose a motion for an extension of time through December 6, 2024.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an order extending the time to respond to the Defendant's Motions to Compel until December 9, 2024, and granting any further relief deemed just and proper.

Dated this 27th day of November, 2024.

Respectfully submitted,

**DEREK SMITH LAW GROUP, PLLC**

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No. 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
kyle@dereksmithlaw.com

## **CERTIFICATE OF CONFERRAL**

I hereby certify that, on November 27, 2024, counsel for Plaintiff conferred with the Defendant, via electronic mail, regarding Plaintiff's request to extend the time to respond to the Defendant's motions to compel. Defendant's counsel stated that Defendant does not oppose a motion for an extension of time through December 6, 2024.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on November 27, 2024, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by the Court's CM/ECF system.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**JACKSON LEWIS P.C.**

Justin W. McConnell
Florida Bar No. 112631
justin.mcconnell@jacksonlewis.com
Mackenzie N. Allan
Florida Bar No. 1031199
mackenzie.allan@jacksonlewis.com
JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

Counsel for Defendant