UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ISABELLE FECCIA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 6:24-cv-00434-JSS-DCI |
| BAKER BARRIOS ARCHITECTS, INC., | ) ) ) |
| Defendant. | ) ) |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, ISABELLE FECCIA, and Defendant, BAKER BARRIOS ARCHITECTS, INC., through their undersigned counsel and pursuant to Local Rule 3.09(a), M.D. Fla., notify the Court that the parties have reached an agreement in principle to settle all claims in this matter. Upon finalization of the settlement documents, the parties anticipate filing a Joint Stipulation for Dismissal with Prejudice.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 30th day of December, 2024.

Respectfully submitted,

| | |
|---|---|
| DEREK SMITH LAW GROUP, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, Florida 33131<br>Telephone: (800) 807-2209 | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone: (407) 246-8440<br>Facsimile: (407) 246-8441 |
| By: */s/ Kyle MacDonald*<br>   Kyle T. MacDonald<br>   Florida Bar #: 1038749<br>   kyle@dereksmithlaw.com | By: */s/ Justin W. McConnell*<br>   Justin W. McConnell<br>   Florida Bar No. 112631<br>   justin.mcconnell@jacksonlewis.com |
| Attorney for Plaintiff | Mackenzie N. Allan<br>Florida Bar No. 1031199<br>mackenzie.allan@jacksonlewis.com |
| | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of December, 2024, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Kyle T. MacDonald, Esq., Derek Smith Law Group, PLLC, 520 Brickell Key Drive, Suite O-301, Miami, FL 33131.

*/s/ Justin W. McConnell*
   Justin W. McConnell

4917-2207-0795, v. 2