UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISABELLE FECCIA,

    Plaintiff,

v.                                                        Case No: 6:24-cv-434-JSS-DCI

BAKER BARRIOS ARCHITECTS,
INC.,

    Defendant.
_____/

## ORDER

    The court has been notified by the parties' joint notice of settlement (Dkt. 46) that this case has settled. Accordingly, pursuant to Local Rule 3.09, this case is **DISMISSED without prejudice**, subject to the right of the parties, within sixty days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the case, upon good cause shown. After the sixty-day period, the dismissal shall be with prejudice. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

    **ORDERED** in Orlando, Florida, on January 3, 2025.

                                                       JULIE S. SNEED
                                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record