# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ISABELLE FECCIA,

      Plaintiff,                      CASE NO.: 6:24-cv-00434-JSS-DCI

v.

BAKER BARRIOS ARCHITECTS, INC.,

      Defendant.

_____/

## **STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff, ISABELLE FECCIA, and Defendant, BAKER BARRIOS ARCHITECTS, INC., by and through their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the voluntary dismissal with prejudice as to Plaintiff's claims against Defendant in the above-captioned matter, with each party agreeing to be responsible for their respective fees and costs.

[THIS SPACE INTENTIONALLY LEFT BLANK]

Respectfully submitted, this 16th day of January, 2025.

| | |
|---|---|
| DEREK SMITH LAW GROUP, PLLC<br>520 Brickell Key Drive, Suite O-301<br>Miami, FL 33131<br>Telephone: (305) 946-1884<br><br>By:  */s/ Kyle T. MacDonald*<br>   Kyle T. MacDonald<br>   Florida Bar No. 1038749<br>   kyle@dereksmithlaw.com<br><br><br>Counsel for Plaintiff,<br>ISABELLE FECCIA | JACKSON LEWIS P.C.<br>390 North Orange Avenue, Suite 1285<br>Orlando, Florida 32801<br>Telephone: (407) 246-8440<br>Facsimile: (407) 246-8441<br><br>By: /s/ *Justin W. McConnell*<br>   Justin W. McConnell<br>   Florida Bar No. 112631<br>   justin.mcconnell@jacksonlewis.com<br><br><br>Counsel for Defendant,<br>BAKER BARRIOS ARCHITECTS, INC. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on January 16, 2025, on all counsel of record on the service list below via CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**JACKSON LEWIS P.C.**

Justin W. McConnell
Florida Bar No. 112631
justin.mcconnell@jacksonlewis.com
Mackenzie N. Allan
Florida Bar No. 1031199
mackenzie.allan@jacksonlewis.com
JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441

Attorneys for Defendant